_____

No. 95-3447MN
_____

Randall H. Smith,                      *
                                       *
            Appellant,                 *
                                       *    Appeal from the United States
      v.                               *    District Court for the District
                                       *    of Minnesota.
Shirley S. Chater,                     *
Commissioner of Social Security *      [UNPUBLISHED]
Administration,  *
                                       *
            Appellee.                  *
_____

                  Submitted:  July 18, 1996

                   Filed:  July 30, 1996
_____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
_____


PER CURIAM.


      Randall H. Smith appeals the district court's grant of summary
judgment affirming the Commissioner's decision to deny Smith disability
insurance benefits.  After careful review of the parties' briefs and the
administrative record, we affirm for the reasons stated in the district
court's opinion.  See 8th Cir. R. 47B.


      A true copy.


            Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.